# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. MOORE, | * |
| o/b/o A.L.M., | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 06-00430-CG-B |
| | * |
| MICHAEL J. ASTRUE, | * |
| | * |
|     Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated March 5, 2007, is hereby **ADOPTED** as the opinion of this Court.

Accordingly, for good cause shown, it is **ORDERED** that Defendant's Motion and Memorandum for Entry of Judgment Pursuant to Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant (Doc. 13) be and hereby is **GRANTED** and that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for the Appeals Council to "obtain updated medical, counseling and school records."

This remand, pursuant to sentence four of Section 405(g), makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Shalala v. Schaefer, 509 U.S. 292 (1993).

**DONE** and **ORDERED** this the 27th day of March, 2007.

                                        /s/ Callie V. S. Granade
                                        CHIEF UNITED STATES DISTRICT JUDGE