IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PATRICIA A. MOORE,** o/b/o A.L.M., | * * * |
| Plaintiff, | * * |
| vs. | * CIVIL ACTION 06-00430-CG-B * |
| **MICHAEL J. ASTRUE,** | * * |
| Defendant. | * |

## JUDGMENT

In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

**DONE** and **ORDERED** this the 27th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE